Decided February 18, 1993

OLD STONE BANK *v.* BARBARA ANN MURRAY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 927 (AC 10886), is denied.

*Barbara Ann Murray,* pro se, in support of the petition.

*William K. Eisenman,* in opposition.

Decided February 18, 1993

STATE OF CONNECTICUT *v.* JUAN VELEZ

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 9 (AC 11326), is denied.

*Paula Mangini Montonye,* assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in opposition.

Decided February 18, 1993